petitioner. *Solicitor General Thacher, Assistant to the Attorney General O'Brian,* and *Messrs. Whitney North Seymour, Charles H. Weston, Wm. H. Riley, Jr., Robert E. Healy,* and *Martin A. Morrison* for respondent.

No. 845. ROXANA PETROLEUM CORP. *v.* BOLLINGER ET AL. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Truman P. Young, Guy A. Thompson,* and *S. A. Mitchell* for petitioner. *Messrs. Oscar E. Carlstrom* and *Montgomery Winning* for respondents.

No. 847. ROWE ET AL. *v.* UNITED STATES. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph A. Cantrel* for petitioners. *Solicitor General Thacher,* and *Messrs. Paul D. Miller, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 851. COOPER, TRUSTEE, *v.* TAYLOR. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Herbert S. Phillips* for petitioner. *Mr. N. B. K. Pettingill* for respondent.

No. 853. KOLIS *v.* MOSDEN. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Robert F. Cogswell* for petitioner. No appearance for respondent.

No. 854. CHILDS, TRUSTEE IN BANKRUPTCY, *v.* EMPIRE TRUST Co. May 16, 1932. Petition for writ of